No. 73–5615. CODISPOTI ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition which read as follows:

1. "Should petitioners receive cumulative sentences for contempt of court imposed at the end of a trial where the total effective sentence received must be used rather

than the individual sentences in order to determine the seriousness of the contempt and thereby determine whether the accused should be afforded the right to a jury trial?"

2. "Should the strong possibility of a substantial term of imprisonment require that an accused be afforded the right to a jury trial?"